IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LALETHA MOORE, | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 1:17-cv-4672-LMM |
| v. | ) | |
| | ) | |
| DECATUR HOUSING AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on the Parties' Settlement Agreement and Full and Final Release of All FLSA Claims ("Agreement"). Upon review of the proposed Agreement, the Parties' joint motion, and the additional information regarding attorneys' fees the Court requested, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion is **GRANTED**.

2. The Parties' Agreement is **APPROVED.**

3. The instant case is **DISMISSED WITH PREJUDICE.**

4. This Court retains jurisdiction to enforce the terms of the Agreement upon motion of either party.

IT IS SO ORDERED, this 7th day of February, 2018.

*[signature]*
Honorable Leigh Martin May
United States District Judge